May 27, 2005

Joseph S. Agostinelli, Jr.
22 Sturbridge Drive
Wilmington, DE 19810



Morris, James, Hitchens, & Williams
ATTN: David H. Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899

Subject: Civil Action 98-217 GMS

Dear Mr. Williams:

I have enclosed my personal check, #8662, in the amount of 231.29 along with a photo copy of the itemized payment page of the court clerk's taxation cost sheet concerning Civil Action 98-217 GMS.

Sincerely,

Joseph S. Agostinelli, Jr.

Cc: United States District Court



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AGOSTINELLI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action 98-217 GMS |
| | ) | |
| CHRISTIANA HEALTHCARE SYSTEMS | ) ) | |
| | ) | |
| Defendant's. | ) ) | |

**Clerk's Taxation of Costs**

Pending before the Court is a Bill of Cost filed by Defendant Christiana Healthcare Systems ("Christiana") in accordance with District of Delaware Local Rule 54.1 ("Local Rule") The Clerk's authority to tax costs is founded in Federal Rule of Civil Procedure 54(d). ("Fed. R. Civ. Proc.")

A jury trial was held from April 28, 2004 through April 30th, 2004 and produced a verdict in favor of Christiana on April 30, 2004. (DI 133) No appeal was filed in the case. It is undisputed that Christiana is the prevailing party in the case and is entitled to costs pursuant to LR 54.1(a)(1). Christiana filed a Bill of Costs on June 8, 2004. A response by Agostinelli to the Bill of Cost followed on June 23, 2004 in accordance with LR 54.1(a)(3). The Clerk finds that all filings associated with the Bills of Cost were timely under LR 54.1(a)(1) and (3) and Fed. R. Civ. Proc. 6 and will tax costs accordingly.

Wherefore the Clerk has considered the submissions of both parties, it is ORDERED that;

54.1 (b)(10), the Clerk denies these costs.

The total costs hereby taxed in favor of Christiana and against Agostinelli, together with interest thereon at the applicable post-judgment rate specified in 28 U.S.C. § 1961 (as amended 1982), is as follows:

| | | |
|---|---|---|
| 1. | Service of Summons and Subpoena................ | DENIED |
| 2. | Court Reporter Fees | |
| | - Depositions........................................ | DENIED |
| | - Transcripts......................................... | DENIED |
| 3. | Witness Fees............................................... | $213.29 |
| 4. | Exemplification and Copies of Papers ............. | DENIED |
| | TOTAL | $213.29 |

Dated: April 4, 2005

Peter T. Dalleo, Clerk
U.S. District Court for the
District of Delaware

_____
By Brian T. Grace
    Deputy Clerk

cc: The Honorable Gregory M. Sleet
    Peter T. Dalleo, Clerk
    Gary W. Aber, Esq.
    David H. Williams, Esq.

7



U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

Postage $ $0.37
Certified Fee $2.30
Return Receipt Fee $1.75
(Endorsement Required)
Restricted Delivery Fee $0.00
(Endorsement Required)
Total Postage & Fees $ $4.42

Sent To: MORRIS JAMES HITCHEN WILLIAMS
ATTN: DAVID WILLIAMS ESQ.
Street, Apt. No.; or PO Box No. 222 DELAWARE AVE
City, State, ZIP+4 WILMINGTON DE 19899

JOSEPH S. AGOSTINELLI, JR
MARIE AGOSTINELLI
22 STURBRIDGE DR
WILMINGTON, DE 19810

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
844 N. King Street
Lock box 18
Wilmington, DE 19801-3570



